# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130580 & (19)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                                SC: 130580
                                                COA: 264626

RONALD ANTHONY THURMOND,
     Defendant-Appellant.
                                                 St. Joseph CC: 99-009938-FC

_____/

       On order of the Court, the application for leave to appeal the February 3, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

d0619

_____
Clerk